ACCEPTED
03-15-00293-CV
8409227
THIRD COURT OF APPEALS
AUSTIN, TEXAS
12/30/2015 1:24:52 PM
JEFFREY D. KYLE
CLERK

# No. 03-15-00293-CV

In the Court of Appeals
For the Third Judicial District of Texas
Austin, Texas

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
12/30/2015 1:24:52 PM
JEFFREY D. KYLE
Clerk

BOB E. WOODY,
Plaintiff-Appellant,

v.

J. BLACK'S, LP and J. BLACK'S, GP, LLC,
Defendants-Appellees.

On Appeal from Cause No. D-1-GN-09-001436
In the 345th Judicial District Court of Travis County, Texas
The Honorable Steven Yelenosky Presiding

**Appellant's Unopposed First Motion for
Extension of Time to File Reply Brief**

TO THE HONORABLE COURT OF APPEALS:

Appellant's reply brief currently is due January 7, 2016. Pursuant to Texas Rule of Appellate Procedure 38.6(d), appellant respectfully requests a 15-day extension of time until **January 22, 2016** to file his reply brief. This extension is requested for the following reasons.

1

In addition to the year-end holidays, the undersigned has had primary responsibility for the following additional commitments during December 2015:

- preparing the response brief on the merits (filed December 16, 2015) on behalf of the plaintiff-respondent Latosha A. Lewis in an insurance matter: *National Lloyds Insurance Co. v. Latosha A. Lewis*, No. 15-0261 (Supreme Court of Texas);

- Preparing the response (filed December 18, 2015) to a second motion to dismiss on behalf of the plaintiff in a federal antitrust matter: *Viva Cinemas Theaters and Entertainment LLC d/b/a Viva Cinema v. America Multi-Cinema, Inc*., No. 4:15-cv-01015 (S.D. Tex.);

- preparing the response brief (currently due January 4, 2016) on behalf of plaintiff-appellee Janice Ishee in the appeal of a state court breach of fiduciary duty case: *Ishee v. Ishee*, No. 9-15-00197-CV (9th District Court of Appeals, Beaumont, Texas);

Although the undersigned has not given these commitments priority over the current appeal, the undersigned could not complete appellant's reply brief in this matter by January 7, 2016 given the deadlines in these other matters.

The undersigned has confirmed that appellees are unopposed to this motion.

No prior extensions have been previously requested or granted for appellant's reply brief.

**Prayer**

Appellant respectfully request that the Court grant him a 15-day extension of time to file his reply brief.

Respectfully submitted,

*/s/ Jeremy Gaston*

Jeremy Gaston
Texas SBN 24012685
jgaston@hmgnc.com
HAWASH MEADE GASTON
NEESE & CICACK LLP
2118 Smith Street
Houston, Texas  77002
Telephone:   (713) 658-9001
Facsimile:    (713) 658-9011

Rick Gray
Texas SBN 08328300
rick.gray@graybecker.com
Gray & Becker, PC
900 West Avenue
Austin, TX  78701-2210
Telephone:   512-482-0061
Facsimile:    512-482-0924

Tom C. McCall
Texas SBN 13350300
tmccall@themccallfirm.com
David B. McCall
Texas SBN 13344500
dmccall@themccallfirm.com
The McCall Firm
3660 Stoneridge Road, Suite F-102
Austin, Texas 78746-7759
Telephone:   (512) 477-4242
Facsimile:    (512) 477-2271

Hector H. Cardenas, Jr.
Texas SBN 00790422
hcardenas@cardenas-law.com
THE CARDENAS LAW FIRM
3660 Stoneridge Road, Suite F-102
Austin, Texas 78746-7759

3

Telephone:  (512) 477-4242
Facsimile:    (512) 477-2271

***Counsel for Appellant***

## Certificate of Conference

The undersigned conferred with appellees' counsel regarding this motion, and appellees are unopposed to the relief requested herein.

_/s/ Jeremy Gaston_
Jeremy Gaston

**CERTIFICATE OF SERVICE**

I certify that on December 30, 2015 a true and correct copy of the foregoing document was served on the following counsel of record by electronic filing:

Eric J. Taube
Andrew Vickers
Hohmann, Taube & Summers, LLP
100 Congress Avenue, 18th Floor
Austin, TX  78701-4042
Counsel for J. Black's, LP and J. Black's, GP, LLC

***Counsel for Appellees***

<u>     */s/ Jeremy Gaston*     </u>
Jeremy Gaston